UNITED STATES of America,
Plaintiff–Appellee,

v.

George BENNETT, Defendant–
Appellant.

No. 02–6235.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

George Bennett, Appellant Pro Se. Benjamin H. White, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George Bennett appeals the district court's order denying his motion for a reduction of sentence for substantial assistance under Fed.R.Crim.P. 35(b).* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Bennett,* No. CR–94–189 (M.D.N.C. Jan. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

David Lawrence Dixon appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dixon v. Rubenstein,* No. CA–01–467–5 (S.D.W.Va. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Bennett styled the motion for relief as "specific performance."